UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND; TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND; and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK<br><br>                      Petitioners,<br><br>                      -v.-<br><br>LEVEL 5 CONSTRUCTION, INC.,<br><br>                      Respondent. | 25 Civ. 111 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      On January 6, 2025, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — on or before **January 28, 2025**. Respondent's opposition, if any, is due on or before **February 11, 2025**. Petitioners' reply, if any, is due on or before **February 18, 2025**.

Petitioners shall serve the motion for summary judgment upon Respondent electronically and by overnight mail on or before **January 29, 2025**, and shall file an affidavit of such service with the court on or before **January 31, 2025**.

SO ORDERED.

Dated: January 13, 2025
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge